Agnes C. Anderson, Appellant, v. William H. Hinrichs et al., Respondents.—

Present— Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.